

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 3:04-CR-283-D |
| | § | |
| THOMAS ALBERT JONES | § | |

### ADDENDUM TO PLEA AGREEMENT

Defendant Thomas Albert Jones (Jones), the defendant's attorney, Robert Herrington, and the United States of America (the government), agree as follows:

1. That the authorized term of supervised release for a violation of 18 U.S.C. § 2422 is set forth in 18 U.S.C. § 3583(k), which provides, in pertinent part, "Notwithstanding subsection (b), the authorized term of supervised release . . . for any offense under section . . . 2422 . . ., is any term of years or life."

2. Paragraph 3(c) of the Agreement, as modified by the Court at the defendant's rearraignment on December 17, 2004, is struck in its entirety and the following language is substituted in its place:

    "c. A term of supervised release of any term of years or life, which must follow any term of imprisonment. If Jones violates the conditions of supervised release, he could be imprisoned for all or part of the term of supervised release up to a period of three years.

3.  That all other provisions of the Plea Agreement, as modified by the Court at the defendant's rearraignment on December 17, 2004, remain in full force and effect.

4.  That Jones has thoroughly reviewed all legal and factual aspects of this Addendum with his lawyer, and has received from his lawyer explanations satisfactory to him concerning each paragraph of this Addendum, the effect of this Addendum on the Plea Agreement and his rights under the Plea Agreement, and the alternatives available to him other than executing this Addendum.

AGREED TO AND SIGNED this 5 day of January, 2005.

RICHARD B. ROPER
UNITED STATES ATTORNEY
Northern District of Texas

_____
THOMAS A. JONES
Defendant

_____
PAUL YANOWITCH
Assistant United States Attorney
Illinois Bar No. 6188269
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Tel: 214.659.8600
Fax: 214.767.2846

_____
ROBERT J. HERRINGTON
Assistant Federal Public Defender
Texas Bar No. 00790163
525 Griffin Street; Suite 629
Dallas, TX 75202
Tel: 214.767.2746
Fax: 214.767.2886
Attorney for Defendant Jones

_____
LINDA GROVES
Deputy Criminal Chief
U.S. Attorneys Office

Plea Agreement - Page 2

I have read this Addendum to the Plea Agreement and have carefully reviewed every part of it with my attorney. I fully understand it and voluntarily agree to it.

_____   _____5-6-05_____
THOMAS A. JONES                                      Date

I am the defendant's counsel. I have carefully reviewed every part of this Addendum to the Plea Agreement with the defendant. To my knowledge and belief, my client's decision to enter into this Addendum is an informed and voluntary one.

_____   _____1/5/05_____
ROBERT J. HERRINGTON                         Date
Attorney for Defendant Jones

**Plea Agreement - Page 3**